**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMBER LYNN LONEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:20-cv-06500-GJS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,315.56 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   March 24, 2022

_____
THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
3 |     /s/ *Matthew F. Holmberg*
4 | BY: _____
    Matthew F. Holmberg
5 |     Attorney for plaintiff Amber Lynn Loney